DANIEL G. BOGDEN
United States Attorney
ROBERT KNIEF
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax:   (702) 388-5087

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:13-cr-0361-KJD-GWF |
| Plaintiff, ) | |
| vs. ) | **Stipulation to Continue Sentencing** |
| CHAUNCY ANDERSON, ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between DANIEL G. BOGDEN, United States Attorney, and ROBERT KNIEF, Assistant United States Attorneys, counsel for the United States of America, and THOMAS ERICSSON, Esq., counsel for defendant CHAUNCY ANDERSON, that the sentencing date in the above-captioned matter, currently scheduled for June 25, 2015, at 9:30 a.m., be vacated and continued for thirty days, to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. The Government and defense need more time to fully prepare for sentencing.
2. The parties agree to the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

DATED this 25 day of June, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Thomas Ericsson

/s/ Robert Knief

THOMAS ERICSSON, ESQ.
Counsel for Defendant -
ANDERSON

\ROBERT KNIEF
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:13-cr-0361-KJD-GWF |
| Plaintiff, ) | |
| vs. ) | **FINDINGS OF FACT AND ORDER** |
| CHAUNCY ANDERSON, ) | |
| Defendant. ) | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

    1. The Government and defense need more time to fully prepare for sentencing.

    2. That the parties agree to the continuance.

    3. Additionally, that denial of this request for continuance could result in a miscarriage of justice.

    4. That the additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, and possibly resolve the case prior to the preliminary hearing, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendant's consent, pursuant to Federal Rules of Procedure 5.1(d).

## ORDER

IT IS THEREFORE ORDERED that the sentencing currently scheduled for June 23, 2015, at the hour of 9:00am be vacated and continued to  July 28, 2015  at the hour of 9:00 AM.

DATED  22nd  day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE