# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No.  2:13-cr-00361-KJD-GWF |
| vs. ) | **ORDER** |
| CHAUNCY ANDERSON, ) | |
| Defendants. ) | |

This matter is before the Court on Defendant's Motion for the Return of Seized Property (#170) filed September 3, 2015 and the Government's Response (#176) filed November 5, 2015. Based on the Government's statement that the money Defendant seeks to have returned was the subject of a forfeiture proceeding and a judgment of forfeiture has been entered against said money in the Nevada District Court.

IT IS HEREBY ORDERED that Defendant's Motion for the Return of Seized Property (#170) is **denied**.

DATED this 18th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge